1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6
7

8   RENE ALBERTO HERRERA-        )   Case No. 3:11-cv-00203-ECR-WGC
    CASTANOLA,                   )
9                                )   COA No. 12-15022
                                 )
10          Petitioner-Appellant, )
                                 )
11   vs.                         )   ORDER
                                 )
12                               )
    ERIC H. HOLDER, Jr., Attorney )
13   General and JANET A.         )
    NAPOLITANO,                  )
14                               )
            Respondents-Appellees. )
15   _____

16          The Ninth Circuit Court of Appeals entered an order to reinstate the appeal

17   in this action and to recall the mandate issued on May 21, 2012.

18          IT IS THEREFORE ORDERED that the mandate spread by this Court on

19   May 24, 2012 is recalled.

20          Dated this 8th day of June 2012.

21
22                                          _____
                                            EDWARD C. REED, JR.
23                                          United States District Judge

24
25
26
27
28