1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

8  RENE ALBERTO HERRERA-        )  Case No. 3:11-cv-00203-ECR-WGC
   CASTANOLA,                   )
9                               )  COA No. 12-15022
                                )
10           Petitioner-Appellant,  )
                                )
11  vs.                         )  ORDER
                                )
12                              )
    ERIC H. HOLDER, Jr., Attorney  )
13  General and JANET A.        )
    NAPOLITANO,                 )
14                              )
             Respondents-Appellees.  )
15

16        The Ninth Circuit Court of Appeals entered an order to reinstate the appeal

17  in this action and to recall the mandate issued on May 21, 2012.

18        IT IS THEREFORE ORDERED that the mandate spread by this Court on

19  May 24, 2012 is recalled.

20        Dated this 8th day of June 2012.

21

22                                          _____
                                            EDWARD C. REED, JR.
23                                          United States District Judge

24

25

26

27

28